UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JUL 12 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 4:17CR310 RLW/SPM |
| ROBERT HILL, a/k/a "Robbie," a/k/a "Frijol," | ) ) ) | Counts I and II |
| JORGE PERALTA, a/k/a "Margarito Jaines," | ) ) ) | Count I |
| JESSE AKINS, | ) | Count I |
| SIDNEY MASON, a/k/a "Rock," a/k/a "Hollyrock," and | ) ) | Count I |
| DEMOND WILLIAMS, | ) ) | Counts I and III |
| Defendants. | | |

## INDICTMENT

### COUNT I

### CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN AND MARIJUANA

The Grand Jury charges that:

Beginning at an exact time unknown to the Grand Jury but including August 2009, and continuing thereafter until at least November 2016, in the Eastern District of Missouri and elsewhere, the defendants,

**ROBERT HILL, a/k/a "Robbie," a/k/a "Frijol,"
JORGE PERALTA, a/k/a "Margarito Jaines,"
JESSE AKINS,
SIDNEY MASON, a/k/a "Rock," a/k/a "Hollyrock," and
DEMOND WILLIAMS,**

did knowingly and willfully conspire, combine, confederate and agree with each other, and other

1

persons known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to distribute and possess with intent to distribute a mixture or substance containing heroin and marijuana, both Schedule I controlled substances, in violation of Title 21, United States Code, Section 841(a)(1); and

The amount of mixture or substance containing heroin involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators known or reasonably foreseeable to him, is one kilogram or more, punishable under Title 21, United States Code, Section 841(b)(1)(A)(i).

All in violation of Title 21, United States Code, Section 846.

## COUNT II

### FELON IN POSSESSION OF A FIREARM

The Grand Jury further charges that:

Beginning at a time unknown, but including on or about May 23, 2013, in the Eastern District of Missouri, the defendant,

**ROBERT HILL, a/k/a "Robbie," a/k/a "Frijol,"**

having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess one or more firearms, which traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g).

## COUNT III

### POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

The Grand Jury further charges that:

2

On or about October 3, 2016, in the Eastern District of Missouri, the defendant,

**DEMOND WILLIAMS,**

did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, to wit: conspiracy to distribute and possess with intent to distribute heroin and marijuana, as charged in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

_____

FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____

TIFFANY G. BECKER, #46314MO
Assistant United States Attorney