**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17-CR-310 RLW |
| ROBERT HILL, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation and Order of United States Magistrate Judge Shirley Padmore Mensah (ECF No. 303). The Court notes that Defendant Hill is self-represented as of January 8, 2020, with his former appointed counsel now appointed only as stand-by counsel (ECF No. 280).

Defendant Hill filed a Motion to Suppress Evidence seized on February 19, 2016 (ECF No. 270), and Motion to Suppress Evidence seized on May 23, 2013 (ECF No. 274), through appointed counsel, and filed a Motion to Suppress Evidence Obtained and Derived From "Facially Insufficient Title III" Wiretap Warrants and request for a Franks[1] hearing (ECF No. 288), and Motion for a Due Process Hearing for the Release of Seized Assets (ECF No. 289), on his own behalf. The Government filed a Response in Opposition to Defendant Hill's Pretrial Motions, opposing each Motion (ECF No. 292).

Pursuant to 28 U.S.C. § 636(b), this matter was referred to Judge Mensah, who filed a Report and Recommendation and Order on April 7, 2020. Neither party submitted objections to the Report and Recommendation within the fourteen (14) day period allowed pursuant to 28 U.S.C. § 636(b)(1).

---

[1] Franks v. Delaware, 438 U.S. 154 (1978).

The Magistrate Judge recommends that Defendant Hill's Motion to Suppress Evidence seized on February 19, 2016 (ECF No. 270), Motion to Suppress Evidence seized on May 23, 2013 (ECF No. 274), Motion to Suppress Evidence Obtained and Derived From "Facially Insufficient Title III" Wiretap Warrants and request for a Franks hearing (ECF No. 288), and Motion for a Due Process Hearing for the Release of Seized Assets (ECF No. 289), all be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendations.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate (ECF No. 303) is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence seized on February 19, 2016 (ECF No. 270) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence seized on May 23, 2013 (ECF No. 274) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence Obtained and Derived From "Facially Insufficient Title III" Wiretap Warrants and request for a Franks hearing (ECF No. 288) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for a Due Process Hearing for the Release of Seized Assets (ECF No. 289) is **DENIED**.

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 27th day of May, 2020.