# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 14, 2020

Mr. Robert Hill
CRAWFORD COUNTY JAIL
46913-044
212 Third Street
Steelville, MO  65565

      RE: 20-2893  United States v. Robert Hill

Dear Mr. Hill:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                                                Michael E. Gans
                                                Clerk of Court

BNW

Enclosure(s)

cc:    Ms. Tiffany Gulley Becker
       Mr. Gregory J. Linhares
       Mr. Kenneth Tihen
       Mr. Stephen C. Williams

      District Court/Agency Case Number(s):   4:17-cr-00310-RLW-1

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  20-2893
_____

United States of America

Plaintiff - Appellee

v.

Robert Hill, also known as Robbie, also known as Frijol

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cr-00310-RLW-1)
_____

**JUDGMENT**

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

September 14, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans